UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENDRIS RUIZ-ESCALONA, | No. 1:26-cv-4370-TLN-JDP |
| Petitioner, | A # 213-220-330 |
| v. | |
| WARDEN OF THE MESA VERDE DETENTION FACILITY, | **RELEASE ORDER** |
| Respondent. | |

Petitioner, an immigration detainee, filed this Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 (b)(1)(B) and Local Rule 302.

On June 26, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days.  (ECF No. 11.)  Respondent filed objections to the findings and recommendations, and they have been considered by the undersigned.  (ECF No. 12.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the Court conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper

1

analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.    The findings and recommendations filed June 26, 2026 (ECF No. 11) are ADOPTED in full;

2.    The Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED;

3.    Respondent must IMMEDIATELY RELEASE Petitioner Endris Ruiz Escalona (A # 213-220-330) from custody under the same conditions of release prior to his current detention. Respondent shall provide Petitioner a copy of this Order at or near the time of release.  At the time of release, Respondent must return all of Petitioner's documents and possessions and shall not impose any additional restrictions on him as a condition of his release.  **Respondent must file a notice certifying compliance with this provision of the Court's Order within two (2) court days from the date of this Order.**

4.    Respondent is ENJOINED AND RESTRAINED from re-arresting or re-detaining Petitioner absent compliance with constitutional protections, including seven-days' notice and a pre-deprivation hearing before a neutral fact-finder where (a) Respondent shows material changed circumstances demonstrate a significant likelihood of Petitioner's removal in the reasonably foreseeable future, or (b) Respondent demonstrates by clear and convincing evidence that the government's interest in protecting the public and/or ensuring Petitioner appears at future immigration proceedings outweighs Petitioner's constitutionally protected interest in remaining free from detention.  *See Zadvydas v. Davis*, 533 U.S. 678, 690 (2001); *Hernandez v. Sessions*, 872 F.3d 976, 990 (9th Cir. 2017).  At any such hearing, Petitioner shall be allowed to have counsel present.

5.    The Clerk of Court is directed to serve **Mesa Verde Detention Facility** with a copy of this order; and

6.    The Clerk of Court is ordered to enter judgment accordingly and close this case.

//

//

//

2

IT IS SO ORDERED.

Date: July 6, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE